HAYDEN v. JOLINE et al. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Margaret Hayden, as administratrix, against Adrian H. Joline and others. No opinion. Motion granted, with $10 costs, unless appellant complies with conditions stated in order. Order filed.

HEBBERD, Respondent, v. SCHWARTZ, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Robert W. Hebberd, as commissioner, etc., on complaint of Hannah Spangenberg, against Samuel Schwartz. No opinion. Judgment of the Court of Special Sessions affirmed by default, with costs. See, also, 121 N. Y. Supp. 1135.

HECKSCHER, Appellant, v. EDENBORN, Respondent. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by August Heckscher against William Edenborn. No opinion. Judgment and order affirmed, with costs, on the authority of Heckscher v. Edenborn, 131 App. Div. 253, 115 N. Y. Supp. 673. See, also, 132 App. Div. 897, 116 N. Y. Supp. 1137.

HEDLUND v. PRENTICE. SAME v. RADCLIFF et al. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Actions by John Hedlund against Ezra P. Prentice, as receiver, and against Edward L. Radcliff, impleaded with others. No opinion. Motions granted, with $10 costs, unless appellant complies with conditions stated in orders. Orders filed.

HERMANN & GRACE v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Hermann & Grace against the City of New York and others. No opinion. Motion to resettle order granted, without costs. See, also, 136 App. Div. 28, 120 N. Y. Supp. 146.

HERRMAN et al. v. ALTMAN et al. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by Abraham Herrman and others against Moritz Altman and others. No opinion. Application granted, as stated in order. Order signed.

HEVIA, Respondent, v. KATZ, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Alfred A. Hevia against Charles Katz. No opinion. Order affirmed, with $10 costs and disbursments.

HICKOCK, Appellant, v. COWPERTHWAIT et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Frank M. Hickock, as receiver, etc., of Frank H. Cowperthwait, against Frank H. Cowperthwait and others. No opinion. Motion for reargument denied, with costs. For former opinion, see 134 App. Div. 617, 119 N. Y. Supp. 390. See, also, 122 N. Y. Supp. 78.

In re HINCHMAN. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) In the matter of the judicial settlement of the account of Percy Hinchman, as administrator, etc., of George W. Hinchman, deceased. No opinion. Motion for leave to perfect appeal denied, with costs. No merits for the appeal are shown in the moving papers. See, also, 120 N. Y. Supp. 1128.

HOEFLE v. HALLANAN. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by J. Frederick Hoefle against Annie Hallanan. No opinion. Motion denied, with $10 costs. Order filed. See, also, 121 N. Y. Supp. 1135.

HOGAN v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. April 15, 1910.) Action by Lawrence F. Hogan against the Board of Education. No opinion. Motion granted. Order filed.

HOLDRIDGE, Respondent, v. GOEBLER, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Mabel O. Holdridge, as assignee, etc., of Edgar P. Holdridge, against Ursulina Goebler. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 134 App. Div. 943, 118 N. Y. Supp. 1113.

HOLM, Respondent, v. EMPIRE HARDWARE CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Aurora Holm, as administratrix, etc., of the estate of Theodore Holm, deceased, against the Empire Hardware Company. No opinion. Motion to resettle order denied, without costs. See, also, 122 N. Y. Supp. 76.

HOLTERMANN, Appellant, v. HOLTERMANN, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Richard H. Holtermann against Hermine Holtermann. No opinion. Order affirmed, with $10 costs and disbursements.

HORAN, Appellant, v. MASON, Respondent. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by James J. Horan against Cassity E. Mason. No opinion. Order affirmed, with $10 costs and disbursements.

HOTALING v. HOTALING. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Clara A. Hotaling against John W. Hotaling. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 123 App. Div. 924, 107 N. Y. Supp. 1130.

HUNT, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.)

Action by Addie M. Hunt against the Long Island Railroad Company. W. N. Cohen, for appellant. W. C. Beecher, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 131 App. Div. 934, 116 N. Y. Supp. 1138.